## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RIGRODSKY LAW, P.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-5634-AMD-ARL |
| v. | ) | |
| | ) | |
| NEONODE INC., ULF ROSBERG, PETER | ) | |
| LINDELL, PER LÖFGREN, MATTIAS | ) | |
| BERGMAN, LARS LINDQVIST, and | ) | |
| URBAN FORSSELL, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice.

Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 4, 2021            **RIGRODSKY LAW, P.A.**

By:   */s/ Gina M. Serra*
        Seth D. Rigrodsky
        Timothy J. MacFall
        Gina M. Serra
        Vincent A. Licata
        825 East Gate Boulevard, Suite 300
        Garden City, NY 11530
        (516) 683-3516
        sdr@rl-legal.com
        tjm@rl-legal.com
        gms@rl-legal.com
        vl@rl-legal.com

        *Attorneys for Plaintiff*